JACOB REICHERT, Respondent, *v.* EDWARD A. MCQUADE et al., Defendants, and JAMES A. MCQUADE, Appellant.

*Appeal — failure to file undertaking.*

Reported below, 218 App. Div. 739.

(Submitted March 28, 1927; decided March 29, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 15, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made on the ground of failure to file an undertaking as required by section 593 of the Civil Practice Act.

*Albert Conway* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant serves and files a proper undertaking, in which case motion is denied, with ten dollars costs to the respondent.